1  **ROBERT J. ROSATI #112006**
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone (559) 256-9800
   Telefax (559) 256-9799
4  e-mail: rosatilaw@aol.com

5
   Attorney for Plaintiff, JOHN LEMOS
6

7  **JOHN M. GARRICK #108321**
   **CHRISTOPHER W. TAYLOR #217803**
8  LARSON, GARRICK & LIGHTFOOT, LLP
   US Bank Tower
9  633 West Fifth Street
   Suite 1750
10 Los Angeles, CA 90071
   Telephone: (213) 404-4100
11 Telefax: (213) 404-4137
   e-mail: ctaylor@lgl-law.com
12
   Attorney for Defendant, ALDERWOODS GROUP, INC.
13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16 | JOHN LEMOS, an individual,        ) Case No. 1:06-CV-01152-OWW-LJO
   |                                   )
17 |                    Plaintiff,     ) **STIPULATION AND ORDER TO**
   |                                   ) **CONTINUE PRE-TRIAL CONFERENCE**
18 |                                   )
   | v.                                )
19 |                                   )
   |                                   )
20 | ALDERWOODS GROUP, INC., a         )
   | Corporation,                      )
21 |                                   )
   |                    Defendant.     )
22 |_____)

23        It is hereby stipulated by and between the parties, through their counsel of record, that :

24        1.    Good cause exists to continue the Pre-Trial Conference from its presently

25              scheduled date of September 10, 2007 at 10:00 a.m. to September 24, 2007 at

26              11:00 a.m., or any other date and time at the convenience of the Court.

27        2.    Good cause exists because:

28              A.    The parties are engaged in settlement negotiations, believe the case will

STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE
CASE NO.: 1:06-CV-01152-OWW-LJO
                                        1

settle, but need additional time to effectuate the settlement.

  B.  Therefore, it will be a waste of the Court's time and resources to hold the Pre-Trial Conference as currently scheduled.

Dated: August 30, 2007          /s/ Robert J. Rosati
                  ROBERT J. ROSATI,
                  Attorney for Plaintiff,
                  JOHN LEMOS

Dated: August 30, 2007          /s/ Christopher W. Taylor
                  JOHN M. GARRICK
                  CHRISTOPHER W. TAYLOR
                  Attorneys for Defendant,
                  ALDERWOODS GROUP, INC.

**ORDER**

Good cause appearing, the Pre-Trial Conference in this action is continued from September 10, 2007 at 11:00 a.m. to September 24, 2007 at 11:00 a.m.

IT IS SO ORDERED.

**Dated: August 30, 2007**        /s/ Oliver W. Wanger
                  UNITED STATES DISTRICT JUDGE