1  **ROBERT J. ROSATI #112006**
   Attorney at Law
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone (559) 256-9800
   Telefax (559) 256-9799
4  e-mail: rosatilaw@aol.com

5

   Attorney for Plaintiff, JOHN LEMOS
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10 | JOHN LEMOS, an individual,        ) Case No. 1:06-CV-01152-OWW-LJO
                                       )
11 |            Plaintiff,             ) **STATUS REPORT**
                                       )
12 |                                   )
   | v.                                )
13 |                                   )
                                       )
14 | ALDERWOODS GROUP, INC., a         )
   | Corporation,                      )
15 |                                   )
   |            Defendant.             )
16 |_____    )

17         In accordance with the Court's October 31, 2007 Order, Plaintiff submits this Status

18 Report.  A Settlement Agreement has been circulated and is currently under review by

19 Defendant.  Plaintiff hereby requests an additional 20 days to file a dismissal in this action or a

20 further status report.

21

22 Dated: November 16, 2007                        /s/ Robert J. Rosati
                                                   ROBERT J. ROSATI,
23                                                 Attorney for Plaintiff,

24

25

26

27

28

STATUS REPORT
CASE NO.: 1:06-CV-01152-OWW-LJO
                                    1

**ORDER**

Good cause appearing, the deadline for filing a dismissal in this action is continued from November 20, 2007 to December 10, 2007.

IT IS SO ORDERED.

**Dated:   December 4, 2007**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE