**ROBERT J. ROSATI #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
e-mail: rosatilaw@aol.com

Attorney for Plaintiff, JOHN LEMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMOS, an individual, | Case No. 1:06-CV-01152-OWW-LJO |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| ALDERWOODS GROUP, INC., a Corporation, | |
| Defendant. | |

In accordance with the Court's December 5, 2007 Order, Plaintiff submits this Status Report. A Settlement Agreement has been circulated and its terms agreed upon by all parties. The person designated to sign for Alderwoods is currently unavailable to sign the Settlement Agreement. Plaintiff hereby requests an additional 20 days to file a dismissal in this action or a further status report.

Dated: December 7, 2007

      /s/ Robert J. Rosati
ROBERT J. ROSATI,
Attorney for Plaintiff,

STATUS REPORT
CASE NO.: 1:06-CV-01152-OWW-LJO

1

**ORDER**

Good cause appearing, the deadline for filing a dismissal in this action is continued from December 10, 2007 to December 30, 2007.

IT IS SO ORDERED.

**Dated:   December 7, 2007**         /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE