**ROBERT J. ROSATI #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
e-mail: rosatilaw@aol.com

Attorney for Plaintiff, JOHN LEMOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMOS, an individual, | Case No. 1:06-CV-01152-OWW-LJO |
| Plaintiff, | **FIRST AMENDED STATUS REPORT** |
| v. | |
| ALDERWOODS GROUP, INC., a Corporation, | |
| Defendant. | |

In accordance with the Court's December 7, 2007 Order, Plaintiff submits this Status Report. A Settlement Agreement has been circulated and its terms agreed upon by all parties. Plaintiff and his counsel have signed the Settlement Agreement, forwarded it to opposing counsel and are awaiting Alderwoods' signature on the Settlement Agreement. Plaintiff hereby requests an additional 20 days to file a dismissal in this action or a further status report.

Dated: December 28, 2007                             /s/ Robert J. Rosati
                                                     ROBERT J. ROSATI,
                                                     Attorney for Plaintiff,

STATUS REPORT
CASE NO.: 1:06-CV-01152-OWW-LJO

1

**ORDER**

Good cause appearing, the deadline for filing a dismissal in this action is continued from December 30, 2007 to January 18, 2008.

IT IS SO ORDERED.

**Dated:   January 2, 2008**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

STATUS REPORT
CASE NO.:  1:06-CV-01152-OWW-LJO

2