UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
JOHN LEMOS,                          )
                                     )
             Plaintiff               )       1:06-cv-1152 OWW GSA
                                     )
    v.                               )
                                     )
ALDERWOODS GROUP, INC.               )
                                     )
             Defendant               )       ORDER TO SHOW CAUSE AS TO
_____ )       DEFENDANT ALDERWOODS GROUP, INC.
```

   Defendant Alderwoods Group, Inc is hereby ordered to appear before this Court on Monday, March 3, 2008 at 10:00 a.m. to show cause, if any it has, why defendant has failed to respond to plaintiff's December 17, 2007 and January 11, 2008 correspondence regarding settlement of this case, and failed to conclude the settlement of this case.

IT IS SO ORDERED.

**Dated:   January 25, 2008**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1