**ROBERT J. ROSATI #112006**
Attorney at Law
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
e-mail: rosatilaw@aol.com

Attorney for Plaintiff, JOHN LEMOS

**JOHN M. GARRICK #108321**
**CHRISTOPHER W. TAYLOR #217803**
LARSON, GARRICK & LIGHTFOOT, LLP
US Bank Tower
633 West Fifth Street
Suite 1750
Los Angeles, CA 90071
Telephone: (213) 404-4100
Telefax: (213) 404-4137
e-mail: ctaylor@lgl-law.com

Attorney for Defendant, ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEMOS, an individual, | ) Case No. 1:06-CV-01152-OWW-LJO |
| Plaintiff, | ) **STIPULATION AND ORDER TO DISMISS** |
| v. | ) |
| ALDERWOODS GROUP, INC., a Corporation, | ) |
| Defendant. | ) |

   PLEASE TAKE NOTICE THAT Plaintiff, John Lemos, and Defendant, Alderwoods Group, Inc., a corporation , stipulate to dismiss the above referenced case with prejudice.  Each party to bear their own fees and costs.

Dated: February 29, 2008                           /s/ Robert J. Rosati
                                                                          ROBERT J. ROSATI,
                                                                          Attorney for Plaintiff,
                                                                          JOHN LEMOS

1 | Dated: February 29, 2008

/s/ John Garrick
JOHN M. GARRICK
Attorney for Defendant,
ALDERWOODS GROUP, INC.

## ORDER

IT IS SO ORDERED.

**Dated:   February 29, 2008**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS
CASE NO.: 1:06-CV-01152-OWW-LJO